1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KISHA PRINCE, DARYL PRINCE, JUSTICE PRINCE, KHLOE PRINCE,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT POLICE DEPARTMENT, DETECTIVE HOQUIN, DETECTIVE GAGHES,<br><br>Defendants. | Case No:  C 13-1366 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Dismissing Action,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated:  August 27, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge